ELINOR MARINO, ADMINISTRATRIX (ESTATE OF LEONARD MARINO) *v.* HARTFORD CASUALTY INSURANCE COMPANY
(9337)

HARTFORD CASUALTY INSURANCE COMPANY *v.* ELINOR MARINO, ADMINISTRATRIX (ESTATE OF LEONARD MARINO)
(9489)

SPALLONE, LANDAU and HEIMAN, Js.

Argued March 18—decision released April 9, 1991

*Michael G. Tansley,* with whom, on the brief, was *Michael H. Cicchetti,* for the appellant (plaintiff in the first case, defendant in the second case).

*Philip F. von Kuhn,* for the appellee (defendant in the first case, plaintiff in the second case).

PER CURIAM. The judgment is affirmed.